UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:05-MJ-2105 (GUYTON) |
| JAMIE L. MASHBURN, | ) ) | |
| Defendant. | ) | |

## ORDER OF DETENTION PENDING TRIAL

The defendant appeared before the undersigned for a hearing on October 26, 2005, to voluntarily surrender her bond and go into custody. Wade Davies appeared on behalf of the defendant. David Jennings appeared on behalf of the government.

The government and the defendant agreed that this was a voluntary surrender of bond, and agreement to go into custody, and was not the revocation of the defendant's bond pursuant to a contested revocation hearing. The Court accepted the voluntary surrender and found that the defendant would go into custody.

It is, therefore, **ORDERED** that:

(1) Defendant be detained without bond pending trial;

(2) **Defendant be confined in the Knox County Penal Farm Facility, and for the first 3 days of her confinement there be held in Pod 6 (the medical ward) for observation and treatment as necessary, and thereafter, if medically prudent to do so, she will be placed in general population;**

(3) Defendant be confined separate, to the extent practicable, from person awaiting or serving sentences or being held in custody pending appeal;

(4) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(5) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal fo the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED**.

ENTER:

  s/ H. Bruce Guyton  
United States Magistrate Judge

2

Case 3:05-mj-02105   Document 8   Filed 10/26/05   Page 2 of 2   PageID #: 2